IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02709-REB- BNB | Date: August 17, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| GIACOMO KRATTER, | Shari Willis |
| Plaintiff, | |
| v. | |
| CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a Centura Health-Summit Medical Center d/b/a St. Anthony Summit Medical Center, | Laura Wassmuth |
| STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, A Colorado limited liability company, | Michelle Harden |
| RANDALL W. VIOLA, M.D., | Douglas Wolanske |
| MARY I. BRYAN, P. A., and | Michelle Harden |
| THOMAS R. HACKETT, M.D., | Michelle Harden |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:    3:38 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:    Defendants' joint motion for cost bond [ docket no. 32, filed 7/15/09] is denied as stated on the record.**

Court in Recess    4:10 p.m.    Hearing concluded.    Total time in Court:    00:32

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.