IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a Centura Health-Summit Medical Center d/b/a St. Anthony Summit Medical Center,
Steadman Hawkins Clinic, Professional, LLC, A Colorado limited liability company,
RANDALL W. VIOLA, M.D.,
MARY I. BRYAN, P. A., and
THOMAS R. HACKETT, M.D.,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendants' Joint Motion for Cost Bond** [Doc. # 32, filed 7/15/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated August 17, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge