IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

    Plaintiff,

v.

DEFENDANT CATHOLIC HEALTH INITIATIVES COLORADO, doing business as
CENTURA HEALTH-SUMMIT MEDICAL CENTER and ST. ANTHONY SUMMIT
MEDICAL CENTER, a Colorado corporation,
STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, a Colorado limited liability
company,
RANDALL W. VIOLA, M.D.,
MARY I. BRYAN, and
THOMAS R. HACKETT, M.C.,

    Defendants.

## ORDER DISMISSING DEFENDANT RANDALL VIOLA, M.D., ONLY

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice of Randall Viola, M.D., and Stipulation Relating To Vicarious Liability Over PA Mary Bryan** [#103] filed March 8, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved, that plaintiff's claims against defendant, Randall W. Viola, M.D. should be dismissed with prejudice, and that the stipulations concerning responsibility for any action or omission of "PA Mary Bryan" should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the stipulations within the **Stipulation For Dismissal With Prejudice of Randall Viola, M.D., and Stipulation Relating To Vicarious Liability Over PA Mary**

**Bryan** [#103] filed March 8, 2010, are **APPROVED**;

2. That plaintiff's claims against defendant, Randall W. Viola, M.D., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That defendant, Randall W. Viola, M.D., is **DROPPED** as a named party to this action, and the case caption is amended accordingly; and

4. That the stipulations concerning responsibility for any action or omission of "PA Mary Bryan" are **APPROVED**.

Dated March 9, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge