**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

    Plaintiff,

v.

DEFENDANT CATHOLIC HEALTH INITIATIVES COLORADO, doing business as
CENTURA HEALTH-SUMMIT MEDICAL CENTER and ST. ANTHONY SUMMIT
MEDICAL CENTER, a Colorado corporation,
STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, a Colorado limited liability company,
MARY I. BRYAN, and
THOMAS R. HACKETT, M.C.,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on **Plaintiff's Motion To Strike Causation Opinions of Dr. Sean Nork Pertaining To an Alleged Vascular Problem Which Led To The Ischemic Death of The Muscle in The Anterior Compartment, For Defendants' Non-Compliance With Fed.R.Civ.P.26(a)(2)(B)** [#133] filed April 8, 2010. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1., including the portion of this practice standard that requires "Motions and briefs **shall be combined** and shall be considered one paper for purposes of computing page limitations."

    Dated: April 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.