**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

     Plaintiff,

v.

DEFENDANT CATHOLIC HEALTH INITIATIVES COLORADO, doing business as
CENTURA HEALTH-SUMMIT MEDICAL CENTER and ST. ANTHONY SUMMIT
MEDICAL CENTER, a Colorado corporation,
STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, a Colorado limited liability
company,
MARY I. BRYAN, and
THOMAS R. HACKETT, M.C.,

     Defendants.

---

## MINUTE ORDER[1]

---

     The matter comes before the court on **Defendants Thomas R. Hackett, M.D.'s, Mary I. Bryan, P.A.'s and Steadman Hawkins Clinic, Professional, LLC's Motion To Reconsider Unopposed Motion For Extension of Time To File Response To Plaintiff's Motion To Strike Causation Opinions of Sean Nork, M.D.** [#156] filed April 28, 2010. The motion is **DENIED** for failure to show good cause pursuant to REB Civ. Practice Standard II.G.1 "Motions for extension of time require a showing of good cause, which must be established with particularity. . . Unless the circumstances are truly **unanticipated and unavoidable**, the following do not constitute good case: inconvenience of counsel or the parties; press of business; conflicts in scheduling . . ." (emphasis in original).

     Dated: April 29, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.