**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

    Plaintiff,

v.

DEFENDANT CATHOLIC HEALTH INITIATIVES COLORADO, doing business as
CENTURA HEALTH-SUMMIT MEDICAL CENTER and ST. ANTHONY SUMMIT
MEDICAL CENTER, a Colorado corporation,
STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, a Colorado limited liability
company,
MARY I. BRYAN, and
THOMAS R. HACKETT, M.C.,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on **Defendants' Joint Motion For Leave To Exceed Page Limitation For Joint Objections To Plaintiff's Proposed Trial Exhibits** [#176] filed May 28, 2010. The motion is **GRANTED**, and **Defendants' Joint Objections To Proposed Exhibits** [#177] is accepted for filing.

    Dated: June 1, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.