IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: July 9, 2010

Deputy Clerk: Nel Steffens
Court Reporter: Suzanne Claar

**Civil Action No. 08-cv-02709-REB-BNB**

| *Parties:* | *Counsel:* |
|---|---|
| GIACOMO KRATTER, | Shari Willis |
| | Darin Schanker |
| Plaintiff, | |
| v. | |
| DEFENDANT CATHOLIC HEALTH INITIATIVES COLORADO, doing business as CENTURA HEALTH- SUMMIT MEDICAL CENTER and ST. ANTHONY SUMMIT MEDICAL CENTER, a Colorado corporation; | Barbara Glogiewicz
Laura Wassmuth |
| STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, a Colorado limited liability company; | Michelle Harden
Bruce Montoya |
| MARY I. BRYAN, P.A.; and THOMAS R. HACKETT, M.D., | |
| Defendants. | |

**COURTROOM MINUTES**

**Trial Preparation Conference**

**9:06 a.m.    Court in session**

Appearances of counsel.

Opening statements by the court.

Court reviews items enumerated in the Trial Preparation Conference Order, #25.

Discussion regarding courtroom protocol.

Ms. Willis states that the issues raised in the motion regarding deposition testimony of Tracy Higley, RN, [#196] have been resolved. Ms. Harden confirms.

**IT IS ORDERED as follows:**

1. That **Defendant Catholic Health Initiatives Colorado's Motion To Preclude Presentation of Tracy Higley, RN, by Deposition Testimony** [#196] is **DENIED AS MOOT**.

Discussion regarding defendants' proposed use of video conferencing for out-of-country witnesses. Court directs Ms. Willis to coordinate with the courtroom deputy clerk and the court's IT department.

Discussion regarding video depositions.

Discussion regarding defendant's deposing of plaintiff's recently named rebuttal expert. Court will allow a telephonic deposition not to exceed three hours.

Discussion regarding stipulations contained in paragraphs 6 and 7 of the Final Pretrial Order. Those stipulations will not be included in the court's recitation to the jury of the parties' other stipulations.

Discussion regarding the possibility of a settlement conference. Court directs counsel to Magistrate Judge Boland should parties wish to conduct a settlement conference.

**10:00 a.m.   Court in recess.**

Total time in court:   00:54

Hearing concluded.