IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, doing business as
CENTURA HEALTH-SUMMIT MEDICAL CENTER and ST. ANTHONY SUMMIT
MEDICAL CENTER, a Colorado corporation,
STEADMAN HAWKINS CLINIC, PROFESSIONAL, LLC, a Colorado limited liability company,
MARY I. BRYAN, and
THOMAS R. HACKETT, M.C.,

    Defendants.

## ORDER DENYING MOTIONS FOR CONCLUSIONS AS A MATTER OF LAW

**Blackburn, J.**

    The matters before me are (1) **Plaintiff's Motion for Conclusion as a Matter of Law Re: the Defense of Failure To Mitigate** [#117] filed April 1, 2010; and (2) **Plaintiff's Motion for Conclusion as a Matter of Law Regarding the Comparison of Fault With Plaintiff** [#118] filed April 1, 2010. Because both motions are evidence-driven, and, therefore, inappropriate for pretrial resolution, I deny them.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Motion for Conclusion as a Matter of Law Re: the Defense of Failure To Mitigate** [#117] filed April 1, 2010, is **DENIED**; and

2.  That **Plaintiff's Motion for Conclusion as a Matter of Law Regarding the Comparison of Fault With Plaintiff** [#118] filed April 1, 2010, is **DENIED**.

Dated July 12, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge