UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St. Anthony Summit Medical Center; STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability company, MARY I. BRYAN, P.A. and THOMAS R. HACKETT, M.D.

Defendants.
_____

**ORDER RE: MOTIONS TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

The following motions are before me for consideration: (1) defendant Catholic Health Initiatives Colorado d/b/a St. Anthony Summit Medical Center's **Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#216]; and (2) plaintiff's **Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#217] both filed July 12, 2010. After reviewing the motions and the file, I conclude that the motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Catholic Health Initiatives Colorado d/b/a St. Anthony Summit Medical Center's **Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#216] filed July 12, 2010, is **GRANTED**;

2. That subject to **D.C.COLO.LCivR 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Barbara H. Glogiewicz, Laura Wassmuth, and their technical assistant, Nate Martinez, are **PERMITTED** to bring their respective laptop computers and cell phones into the courthouse/courtroom for the duration of the jury trial in this matter;

3. That plaintiff's **Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#217] filed July 12, 2010, is **GRANTED**; and

4. That subject to **D.C.COLO.LCivR 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Darin L. Schanker, Shari R.L. Willis, and their technical assistant, Shelley Blas of High Impact Graphics, are **PERMITTED** to bring their respective laptop computers and cellular telephones into the courthouse/courtroom for the duration of the jury trial in this matter.

Dated July 13, 2010, at Denver, Colorado.

                                                 **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge