UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St. Anthony Summit Medical Center; STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability company, MARY I. BRYAN, P.A. and THOMAS R. HACKETT, M.D.

Defendants.
_____

# AMENDED
## ORDER RE: MOTIONS TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM
_____

**Blackburn, J.**

The matter is before the court *sua sponte*. On July 13, 2010, the court entered its **Order Re: Motions To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#218]. In its order, the court inadvertently omitted Dr. Jeffrey Broker, PhD, permitting him to bring in his laptop computer into the courthouse/courtroom for the duration of the trial.

**THEREFORE, IT IS ORDERED** as follows:

1. That subject to **D.C.COLO.LCivR 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Dr. Jeffrey Broker, PhD is **PERMITTED** to bring his laptop computer into the

courthouse/courtroom for the duration of the trial in this matter; and

2. That the court's **Order Re: Motions To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#218] entered July 13, 2010, is amended accordingly to the limited extent necessary to facilitate and implement this order.

Dated July 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge