**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv–2709-REB-BNB

GIACOMO KRATTER,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a Centura Health-Summit Medical Center, d/b/a St. Anthony Summit Medical Center,
STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, a Colorado limited liability company,
MARY I. BRYAN, P.A., and
THOMAS R. HACKETT, M.D.,

    Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated July 13, 2010 at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge