UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St. Anthony Summit Medical Center;
STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability company,
MARY I. BRYAN, P.A. and
THOMAS R. HACKETT, M.D.

Defendants.
_____

### ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM
_____

**Blackburn, J.**

The matter before me is defendants Steadman Hawkins Clinic, Professional LLC, Mary I. Bryan, P.A. and Thomas R. Hacket, M.D.'s **Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#221] filed July 13, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants Steadman Hawkins Clinic, Professional LLC, Mary I. Bryan, P.A. and Thomas R. Hacket, M.D.'s **Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#221] filed July 13, 2010, is

**GRANTED**; and

2. That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Bruce A. Montoya, Michelle Harden, and Nate Martinez, of Visual Advantage, are **PERMITTED** to bring their respective laptop computers and cell phones into the courthouse/courtroom for the duration of the jury trial in this matter;

Dated July 14, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge