UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St. Anthony Summit Medical Center,
STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability company,
MARY I. BRYAN, P.A. and
THOMAS R. HACKETT, M.D.

Defendants.
_____

### ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM
_____

**Blackburn, J.**

The matter before me is defendant Catholic Health Initiatives Colorado d/b/a St. Anthony Summit Medical Center's **Third Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#238] filed July 21, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Catholic Health Initiatives Colorado d/b/a St. Anthony Summit Medical Center's **Third Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#238] filed July 21, 2010, is **GRANTED**; and

2. That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the

courthouse of the audio, video, or photographic recording function of any electronic device, Diarmuid Truax is **PERMITTED** to bring his laptop computer and cell phone into the courthouse/courtroom for the duration of the jury trial in this matter;

Dated July 21, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge