**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St.
Anthony Summit Medical Center,
STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability
company,
MARY I. BRYAN, P.A. and
THOMAS R. HACKETT, M.D.

Defendants.
_____

**ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE**
**WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

The matter before me is plaintiff's **Second Motion To Permit Electronic**

**Equipment, Including Those With Cameras, Into The Courtroom** [#243] filed July

23, 2010. After reviewing the motion and the file, I conclude that the motion should be

granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Second Motion To Permit Electronic Equipment, Including**

**Those With Cameras, Into The Courtroom** [#243] filed July 23, 2010, is **GRANTED**;

and

2. That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the

courthouse of the audio, video, or photographic recording function of any electronic device, the following individuals are permitted to bring into the courthouse and courtroom for the duration of the jury trial the following:

- Shelley Blas of High Impact Graphics is permitted to bring in a laser pointer for the purposes of presentation at trial;

- Matthew J. Broderick, Jaculin A. Ferenc, and Sydney M. Snyder, employees of Bachus & Schanker, LLC, are permitted to bring one laptop computer and one cellular telephone each, which may have cameras herein;

- Plaintiff Giacomo Kratter is permitted to bring in his cellular telephone, which may have a camera within;

- Darin Wesselink, R.N. is permitted to bring in his cellular telephone, which has a camera within; and

- Philip J. Kregor, M.D. is permitted to bring in his cellular telephone, which has a camera within.

Dated July 23, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2