UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St. Anthony Summit Medical Center,
STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability company,
MARY I. BRYAN, P.A. and
THOMAS R. HACKETT, M.D.

Defendants.
_____

**ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

The matter before me is **Defendants Steadman Hawkins Clinci, Professional LLC, Mary I. Bryan, P.A., and Thomas R. Hackett, M.D.'s Third Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#249] filed July 27, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants Steadman Hawkins Clinci, Professional LLC, Mary I. Bryan, P.A., and Thomas R. Hackett, M.D.'s Third Motion To Permit Electronic**

**Equipment, Including Those With Cameras, Into The Courtroom** [#249] filed July 27, 2010, is **GRANTED**; and

2. That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Sonia Horczakiwskyj and Sue Van Hout are **PERMITTED** to each bring into the courthouse and the courtroom two cellular telephones (one each) for the duration of the jury trial in this matter..

Dated July 27, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

                                      *Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge