UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-02709-REB-BNB

GIACOMO KRATTER,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation d/b/a St. Anthony Summit Medical Center; STEADMAN HAWKINS CLINIC, PROFESSIONAL LLC, A Colorado limited liability company, MARY I. BRYAN, P.A. and
THOMAS R. HACKETT, M.D.

Defendants.
_____

### MINUTE ORDER[1]
_____

The matter is before the court on **Defendants Steadman Hawkins Clinic, Professional LLC, Mary I. Bryan, P.A., and Thomas R. Hackett, M.D.'s Motion To Permit Medical Equipment Into The Courtroom** [#261] filed August 4, 2010. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendants Steadman Hawkins Clinic, Professional LLC, Mary I. Bryan, P.A., and Thomas R. Hackett, M.D.'s Motion To Permit Medical Equipment Into The Courtroom** [#261] filed August 4, 2010, is **GRANTED**; and

2. That defendants' counsel, Michelle L. Harden is **PERMITTED** to bring the following items into the courthouse and courtroom through the pendency of this trial:

    (a)    Stryker Monitor - device utilized for measuring compartment pressures which has a needle attached to one end;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

(b) Plate and screws - 9-hole Synthes LISS plate with screws representative of the plate and screws utilized in repairing plaintiff's December 15, 2006, tibial plateau fracture; and

(c) Cobb Elevator - device utilized during surgery on December 15, 2006.

Dated: August 4, 2010